# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dino Joseph Bennetti, | No. CV-25-00169-PHX-DWL |
| Petitioner, | **ORDER** |
| v. | |
| Ryan Thornell, et al., | |
| Respondents. | |

Pending before the Court are Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2244 (Doc. 1) and the Report and Recommendation ("R&R") of the United States Magistrate Judge (Doc. 34).  The R&R, which was issued on February 17, 2026, recommends that the petition be dismissed with prejudice and further provides that "[t]he parties shall have fourteen (14) days from the date of service of a copy of this recommendation within which to file specific written objections with the Court."  (Doc. 34 at 28.)

Here, no such objections have been filed and the 14-day deadline has expired.  Thus, the Court adopts the R&R.  *See, e.g., Thomas v. Arn*, 474 U.S. 140, 149-50 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."); *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[N]o review is required of a magistrate judge's report and recommendation unless objections are filed.").  *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)

("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise.").

Accordingly,

**IT IS ORDERED** that the R&R's recommended disposition (Doc. 34) is **accepted**, that the Petition (Doc. 1) is **dismissed with prejudice**, and that the Clerk of Court shall enter judgment accordingly.

**IT IS FURTHER ORDERED** that a certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied** because Petitioner has not made a substantial showing of the denial of a constitutional right and because dismissal is justified by a plain procedural bar and jurists of reason would not find the procedural ruling debatable.

Dated this 9th day of March, 2026.

_____
Dominic W. Lanza
United States District Judge